**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: TAKATA AIRBAG PRODUCTS**
**LIABILITY LITIGATION** MDL No. 2599

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −89)**

On February 5, 2015, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 84 F.Supp.3d 1371 (J.P.M.L. 2015). Since that time, 290 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Federico A. Moreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Moreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 5, 2015, and, with the consent of that court, assigned to the Honorable Federico A. Moreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: TAKATA AIRBAG PRODUCTS**
**LIABILITY LITIGATION** MDL No. 2599

## SCHEDULE CTO−89 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MARYLAND | | | |
| MD | 1 | 19−02974 | DuPreez et al. v. Ford Motor Company |
| MISSOURI EASTERN | | | |
| MOE | 4 | 19−02751 | Reed, et al. v. Ford Motor Company |
| NEBRASKA | | | |
| NE | 8 | 19−00446 | Coffman et al v. Ford Motor Company |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 19−09188 | Senitta Jr v. Ford Motor Company |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 19−00941 | Henderson v. Ford Motor Company |
| WISCONSIN EASTERN | | | |
| WIE | 2 | 19−01485 | Milton Childs, et al. v. Ford Motor Company |